# UNITED STATES DISTRICT COURT

# District of Arizona

United States of America                     )
                    v.                        )
_Jesus Eliazib DIAZ VAZQUEZ_                  )     Case No:   25-6251MJ
              *Defendant*                     )
                                              )
                                              )

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant JESUS ELIAZIB DIAZ VAZQUEZ committed the crime of Possession of a Firearm by Alien Unlawfully Present in the United States, in violation of Title 18, United States Code (U.S.C.), Sections 922(g)(5) and 924(a)(8), offenses which are more fully described as follows:

**See Attachment A- Description of Count**

I further state that I am a Special Agent (SA) for the United States Forest Service (USFS) and that this complaint is based on the following facts:

**See Attached B, Statement of Probable Cause, Incorporated By Reference Herein**

AUTHORIZED BY: Gayle L. Helart , AUSA

Digitally signed by GAYLE HELART
Date: 2025.07.01 07:40:00 -07'00'

☒ Continued on the attached sheet and made a part hereof

VICTOR MORALES
Digitally signed by VICTOR MORALES
Date: 2025.07.01 06:08:08 -07'00'

Victor Morales, SA for USFS
Name of Complainant                         Signature of Complainant

Sworn to telephonically before me

July 01, 2025  @8:53am          at   Phoenix, Arizona
Date                                 City and State

Honorable Alison S. Bachus
United States Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF COUNTS

## COUNT 1

**Possession of a Firearm by an Alien Unlawfully Present in the United States**

On or about June 29, 2025, in the District of Arizona, Defendant JESUS ELIAZIB DIAZ VAZQUEZ, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: (1) Ruger, Model P95DC, 9 x 19mm caliber pistol bearing serial number 31326677, which had previously been shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

The penalty for a violation of 922(g)(5) is a sentence of imprisonment of between 0-15 years, a fine of up to $250,000, and a term of supervised release for up to 3 years.

1

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Victor Morales, a Special Agent (SA) for United States Forest Service being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Forest Service. I have been appointed as a Special Agent since June 4, 2023. Prior to my tenure as a Special Agent, I served as a Law Enforcement Officer with the United States Forest Service since February 27, 2011. Currently, I am assigned to the Tonto National Forest in Arizona.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other investigators involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause that JESUS ELIAZIB DIAZ VAZQUEZ, committed the crimes of Possession of a Firarm by an Alien Unlawfully Present in the United States, in violation of Title 18, United States Code (U.S.C.) §§922(g)(5) and 924(a)(8).

## PROBABLE CAUSE

3.      On June 29, 2025, at approximately 01:30 a.m., while patrolling the Lower Sycamore Dispersed Recreation Area on the Tonto National Forest (TNF) within the Mesa Ranger District in Maricopa County, Arizona, within the District of Arizona, your Affiant, Forest Service Law Enforcement Officers (LEOs), and a Homeland Security Investigations (HSI) Special Agent (SA) observed a group of individuals shooting multiple firearms recklessly into air and down into the dry creek bed along Forest Road (FR) 403. One of the subjects that was observed discharging a firearm was subsequently identified as Jesus Eliazib DIAZ VAZQUEZ.

2

4.      Pursuant to Tonto National Forest Emergency Recreational Shooting Order 03-12-00-25-08 (eff. 05/01/2025), Discharging a firearm during Stage 2 Fire Restrictions is prohibited. This emergency prohibition order is posted on a large informational kiosk at the entrance of Lower Sycamore and along Forest Road 403, near the user created shooting pits.

5.      US Forest Service LEOs Gregory Harper, Allen Young, HSI SA Justin Cowan and your affiant contacted the group to address the violation. The subsequent field interview was conducted in Spanish due to a language barrier.

6.      I identified myself and advised the group that the Tonto National Forest was currently in Stage 2 Fire Restrictions and target shooting is prohibited due to extreme drought. I then asked where each firearm was located, and if anyone had a firearm on their waistband. Jesus Eliazib DIAZ VAZQUEZ stated he had a firearm in his vehicle, a white Chevrolet pickup truck bearing Arizona license plate GGA5XJ. A consent search of the white Chevrolet pickup truck revealed a Ruger, Model P95DC, 9 x 19mm caliber pistol bearing serial number 31326677 located in the front driver seat of the vehicle. DIAZ VAZQUEZ stated he borrowed the Ruger P95DC pistol from a friend who was not present.

7.      I asked for a driver's license or identification card so that a record check could be conducted through Maricopa County dispatch. Jesus Eliazib DIAZ VAZQUEZ handed me a Mexican Driver's License. I asked if he had an Arizona identification card or a non-resident hunting license. Jesus Eliazib DIAZ VAZQUEZ responded "no".

8.      I read Jesus Eliazib DIAZ VAZQUEZ his Miranda rights. Jesus Eliazib DIAZ VAZQUEZ signed a waiver form translated in Spanish and agreed to waive his rights.

9.      I asked Jesus Eliazib DIAZ VAZQUEZ if he was a U.S Citizen. He responded, "no" and that he was a Mexican citizen. I then asked Jesus Eliazib DIAZ VAZQUEZ if he had a nonimmigrant visa, and he stated "no".

11.      I asked Jesus Eliazib DIAZ VAZQUEZ if he was in the country illegally, and he stated "yes".

12.      I advised Jesus Eliazib DIAZ VAZQUEZ that being in the United States illegally and possessing a firearm is prohibited. The abovementioned firearm was seized as evidence and is being stored at the

3

Mesa Ranger Station. The incident was recorded with an agency issued Axon 4 Body Worn Camera.

13.     I contacted Immigration and Customs Enforcement (ICE) Deportation Officer (DO) LePera. DO LePera informed your Affiant that Jesus Eliazib DIAZ VAZQUEZ was illegally present in the United States. DO LePera also confirmed that Jesus Eliazib DIAZ VAZQUEZ did not have any pending application to become a citizen of the United States.

14.     Jesus Eliazib DIAZ VAZQUEZ is currently in custody with ICE in Florence, AZ and is pending a hearing with an immigration judge.

15.     On June 30, 2025, Nexus Expert with the Bureau of Alcohol, Tobacco, Firearms and Ammunition (ATF) SA Lowell Farley examined photographs of the abovementioned firearm. ATF SA Farley confirmed the mentioned firearm was manufactured outside of the state of Arizona. Therefore, the firearm traveled in interstate or foreign commerce since they were found in Arizona.

## CONCLUSION

16.     For these reasons, I submit that there is probable cause to believe Jesus Eliazib DIAZ VAZQUEZ committed the offenses alleged in the Complaint.

17.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

VICTOR MORAL
Digitally signed by VICTOR MORALES
Date: 2025.07.01 06:09:00 -07'0

VICTOR MORALES
Special Agent
United States Forest Service

Telephonically sworn to and subscribed electronically this __1__ day of July, 2025.

HONORABLE ALISON S. BACHUS
United States Magistrate Judge

4